Official Form 417A (12/18)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------

In Re:

RECEIVED

2022 JUN -2 PM 10: 24

U S DISTRICT COURT SDNY

Case No. 22-35063 (CGM)
Chapter 11

ABCK Realty Management, LLC,
     Debtors
------------------------------------------------------------

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1:  Identify the appellant(s)

1. Name(s) of appellant(s): ABCK Realty Management, LLC,

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe)

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☑ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ Other (describe)

### Part 2:  Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order lifting stay - May 19, 2022 _

2. State the date on which the judgment, order, or decree was entered: May 19, 2022 _____

## Part 3:  Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party: Yisocher Kaufman and Joel Kohn (co-trustees N&K Irevocable Trust) Attorney:    Paul A. Rubin, 345 7th Ave., 21st Flr, New York, NY, 10001. 212-390-8054

2.  Party: _____  Attorney: _____

## Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5:  Sign below

_____ Date: June 1, 2022_____

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney): Ahron Berlin, 3 Liska Way, #101, Monroe NY, 10950, 347-254-3532

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|                                      |   |                              |
|--------------------------------------|---|------------------------------|
| In re:                               | : | Chapter 11                   |
|                                      | : |                              |
| ABCK Realty Management, LLC,         | : | Case No.: 22-35063-CGM       |
|                                      | : |                              |
| Debtor.                              | : |                              |
|                                      | : |                              |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER GRANTING YISOCHER KAUFMAN AND JOEL KOHN AS CO-TRUSTEES FOR N&K TRUST RELIEF FROM THE AUTOMATIC STAY TO CONTINUE PENDING STATE COURT QUIET TITLE ACTION

Upon the motion (the "Motion")[1] [ECF No. 21] of Yisocher Kaufman and Joel Kohn (collectively, the "Trustees"), as co-trustees for N&K Trust, for entry of an order (i) dismissing the chapter 11 case of ABCK Realty Management, LLC (the "Debtor") pursuant to section 1112(b) of title 11 of the United States Code (the "Bankruptcy Code"), or, in the alternative, (ii) for relief from the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code to permit the Trustees to continue their pending quiet title action in the Supreme Court of New York, County of Kings (the "State Court"), pending under Index No. 525127/2021 (the "Quiet Title Action"), and the Declaration of Yisocher Kaufman [ECF No. 22] and the exhibits annexed thereto, and the Declaration of Joel Kohn [ECF No. 23] in support of the Motion; and upon the objection (the "Objection") [ECF No. 32] to the Motion filed by the Debtor, and the Declaration of Ahron Berlin [ECF No. 31-1] and the Declaration of Nathan Kaufman [ECF No. 31-2] in support of the Objection; and upon the reply (the "Reply") [ECF No. 34] filed by the Trustees in further support of the Motion and the exhibit thereto; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion, the

---

[1] Capitalize terms not defined herein shall have the meaning ascribed to them in the Motion.

Objection, the Reply and the declarations and exhibits in connection therewith, and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and proper and adequate notice of the Motion having been given; and a hearing to consider the Motion having been held before this Court on May 17, 2022 (the "Hearing"), at which counsel for the Debtor, counsel for the Trustees, and the Office of the United States Trustee appeared and were heard by the Court; and this Court having determined that the stay relief requested in the Motion is in the best interests of the Debtor's estate, creditors and other parties-in-interest; and upon all of the other proceedings had before the Court, and after due deliberation and sufficient cause appearing therefor; it is

ORDERED, that the Motion is granted on the terms set forth herein; and it is further

ORDERED, that the automatic stay is vacated to allow the parties to resume litigation of the Quiet Title Action; and it is further

ORDERED, that the State Court may hear and fully determine the disputes of the parties in the Quiet Title Action, including all motions, cross-motions, claims, counterclaims, and third-party claims.

Dated: May 19, 2022
Poughkeepsie, New York



/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge