UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:

**ABCK Realty Management, LLC**

-----------------------------------------------------X

ORDER OF DISMISSAL
FOR
FAILURE TO PROSECUTE
BANKRUPTCY APPEAL

22-CV-05632 NSR

FROM:   VITO GENNA, CLERK
         UNITED STATES BANKRUPTCY COURT
         SOUTHERN DISTRICT OF NEW YORK

TO:   RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: ABCK Realty Management, LLC          BANKRUPTCY CASE: **22-B-35063 (CGM)**
DATE OF FILING NOTICE OF APPEAL: 06/02/2022
BANKRUPTCY DOCUMENT #: 39

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

    _X_  FRBP 8009
    ___  Federal Rules of Civil Procedure (Rule _____)
    ___  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **July 1, 2022**                                                                 Vito Genna, Clerk
New York, New York                                                          U.S. Bankruptcy Court, SDNY

                                                                    By:     Gwen Kinchen
                                                                          Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated ___July 1___ 2022                                                          _____
White Plains, New York                                                          Judge Nelson S. Román, U.S.D.J.
                                                                           United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                         Ruby J. Krajick , Clerk
                                                                                   District Court, SDNY

                                                                                   By: _____
                                                                                         Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/1/2022__